FILED

09/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0055

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0055

DENNIS DEE MCDONALD as a general
partner, managing partner and limited
partner of the OPEN SPEAR RANCH FAMILY
LIMITED PARTNERSHIP,

        Counter-Defendant and Appellant,

v.

SHARON MCDONALD, as a general partner,
managing partner and limited partner, KELLY
MCDONALD FRASER, as a limited partner,
COURTNEY MCDONALD, as a limited partner;
and CASEY MCDONALD, as limited partner,
OPEN SPEAR RANCH FAMILY LIMITED
PARTNERSHIP,

        Counterclaimants and Appellees.

ORDER

Upon consideration of Appellant's motion for extension of time to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until October 15, 2022, within which to file the reply brief.

No further extensions will be granted.

DATED this _____ day of September, 2022.

For the Court,

_____
Chief Justice